UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

CITATION / CASE NO. MGF 03 2269

vs.

**ORDER TO PAY**

Donald Pitts

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City / State / Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 5-18-05       /s/ Donald H. Pitts
                   DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: 03-2269     FINE 2490 00    ASGMT. 10 00
CITATION / CASE NO: _____ FINE _____ ASGMT. _____

(✓) FINE TOTAL of $ 2490 00 and a penalty assessment of $ 10 00 within forthwith
_____ days/months or payments of $ _____ per month, commencing _____
and due on the _____ of each month until paid in full.
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) TRAFFIC SCHOOL BY: _____ with proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or ~~MONEY ORDER~~, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU
P.O. BOX 740026
Atlanta, GA 30374-0026
1-800-827-2982

CLERK, USDC
501 "I" St., #4200
Sacramento, CA 95814

CLERK, USDC
1130 O Street, Rm 5000
Fresno, CA 93721

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: May 18, 2005       /s/ _____
                         U.S. MAGISTRATE JUDGE

Clerk's Office                          EDCA - 03 Rev 8/97